AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Stephen Kline (AKA: N/A)<br><br>*Defendant* | )<br>)  Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  __Stephen Kline__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2252(a)(2) (Distribution of Child Pornography).


Date:  __07/02/2025__

*Issuing officer's signature*

City and state:  __Washington, D.C.__   __G. Michael Harvey, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __7/2/2025__, and the person was arrested on *(date)* __7/2/2025__
at *(city and state)* __Reading, Pennsylvania__.

Date: __7/2/25__

*Arresting officer's signature*

__FBI Special Agent Carmen Dvorah de Morales__
*Printed name and title*