# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Stephen Kline (AKA: N/A)<br><br>Defendant | Case No. |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Stephen Kline                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2252(a)(2) (Distribution of Child Pornography).

Date: 07/02/2025

*Issuing officer's signature*

City and state:    Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
                                                *Printed name and title*

### Return

This warrant was received on *(date)* 7/2/2025, and the person was arrested on *(date)* 7/2/2025
at *(city and state)* Reading, Pennsylvania.

Date: 7/2/25

*Arresting officer's signature*

FBI Special Agent Carmen Dvorah de Morales
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAGISTRATE JUDGE Craig M. Straw<br>COURTROOM DEPUTY Donna Croce | : | DATE: July 3, 2025 |
| | : | HEARING TYPE: IA/Removal/PC/PTD |
| Interpreter's Name:<br>Language:<br>Hearing held: Philadelphia<br>Courtroom: 5A | : | ESR: Carl Hauger |
| | : | |
| UNITED STATES OF AMERICA | : | NO.   25MJ1414 |
| v. | : | AUSA:  Brian Doherty |
| | : | DEFENSE COUNSEL: Nancy McEoin |
| STEPHEN KLINE | | |

## **MINUTE SHEET**

  5 minutes – Initial Appearance
    minutes – Appointment/Status of Counsel
    minutes – Probable Cause
    minutes – Pretrial Detention
    minutes – Arraignment
    minutes – Competency
    minutes – Bail Revocation
    minutes – Bond
    minutes – Extradition
    minutes – Pro se Waiver of Counsel/Faretta
    minutes – Removal/Identity

**TOTAL TIME IN COURT**   **5 Minutes**

(Form Revised 1/2024)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL / MAGISTRATE |
| | : | |
| v. | : | |
| | : | |
| STEPHEN KLINE | : | NO. 25MJ115 |

**BAIL STATUS ORDER**

After a hearing held this day pursuant to the Federal Rules of Criminal Procedure, or as otherwise indicated, the following ORDERS were issued:

**A. Counsel**

☒Defendant MOVED for appointed counsel.  Following a colloquy on Defendant's financial qualifications, IT IS ORDERED that Defendant does not meet the qualifications and the Motion is DENIED.  It is further ORDERED The Federal Community Defender Office, IS APPOINTED to represent Defendant for the purposes of this hearing only.

**B. Detention/Release**

☐The Government MOVED for detention and a continuance to prepare its detention motion.  The Motion for continuance is GRANTED, and Defendant is detained pending a hearing on the Government's detention motion.  A detention hearing and arraignment will take place.

---

**For Reentry/ICE Detainer Cases**

☐Following a hearing on the record, this Court finds that the Government has met its burden under 18 U.S.C. § 3142(f)(2)(A) to proceed with a detention hearing.

☐Following a hearing on the record, this Court finds that the Government has not met its burden under 18 U.S.C. § 3142(f)(2)(A) to proceed with a detention hearing.  The defendant is released.  See attached Conditions of Release Order.

☐This Court's Order to release the defendant is **STAYED** for 24 hours from [date/time to date/time] pending a possible appeal from the Government.

---

☐The Government MOVED for detention and Defendant stipulated to detention.  For the reasons stated on the record, the Court accepts Defendant's stipulation, and the Motion is GRANTED.  Defendant is DETAINED pending further proceedings.

☐Following a hearing, and for the reasons stated on the record, the Government's Motion for Detention is GRANTED.  Defendant is DETAINED pending further proceedings.

☐Following a hearing, and for the reasons stated on the record, the Government's Motion for Detention is DENIED.  See attached Conditions of Release Order.

☐The Government and Defendant have agreed to conditions of release.  For the reasons stated on the record, the Court approves the conditions.  See attached Conditions of Release Order.

☐The Government's prior oral or written Motion for Detention is DENIED as moot.

**C.  Probable Cause (for Complaints and Probation/Supervised Release Violations)**

☐The Defendant stipulated to probable cause.  Upon independent review, the Court accepts the stipulation and makes a finding of probable cause.

☐Following a hearing, probable cause was found by the Court.

☐Following a hearing, the Court found no probable cause.  The charges are DISMISSED.

**D.  Arraignment/Brady**

☐Defendant pleaded Not Guilty to All Count(s).  Parties have 14 days to file pretrial motions.

☐The United States is obligated, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

**E.  Charges Arising in Non-Arrest District (Rule 5(c)(2))**

☒**Defendant stipulated to identity**, or

☐Defendant was found to be the person named in the warrant, **and**

☐Defendant has no right to a preliminary hearing because he was indicted, or

☐Probable cause was found,

☒**Defendant has a right to a preliminary hearing, but elected to have the hearing in the charging district; and**

☐Defendant was released or ordered detained in section B above, or

☒**The Government MOVED for Detention and Defendant elected to have his detention hearing in the charging district.  The Government's Motion is GRANTED and Defendant is detained pending a detention hearing in the charging district.**

☐The Government ☐has not proved that defendant is the person named in the warrant.  Defendant is RELEASED.

☐ The Court found no probable cause.  The charges are DISMISSED.

**G.  Violation of Bail Conditions (18 U.S.C. § 3148)**

☐The Government's Motion to Revoke Bail is DENIED.

☐See attached Conditions of Release Order, or

☐Conditions of Release remain as previously set.

☐The Government's Motion to Revoke Bail is GRANTED.  Bail is REVOKED and Defendant is detained.

☐Defendant is detained pending a final revocation hearing before Judge [name.]

**H.  Other**

☐During the hearing the [Government /Defendant] MOVED to continue the [detention hearing/preliminary hearing/arraignment.]  The motion is [GRANTED or DENIED.]  The hearing will take place on [date.]

☐Prior to the scheduled hearing, the court received a request by [telephone/email/letter] from the [Government/Defense] to continue the [detention hearing/preliminary hearing/arraignment.]  The request is treated as a MOTION, and upon consideration, IT IS ORDERED that the Motion is [GRANTED/DENIED.]  The hearing will take place on [date.]

☐The [Government/Defendant] MOVED for a competency assessment.  The motion is [GRANTED/DENIED.]  See separate order.

☐Following a hearing, Defendant was found [competent/not competent] to proceed to trial.  See separate order.

☐Other

BY:

/s/ Craig M. Straw
_____
CRAIG M. STRAW
United States Magistrate Judge
Dated: July 3, 2025

(Form revised May 2025)

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF PENNSYL

United States of America )
v. ) Case No. 25mj 1414
Stephen Kline )
_____ ) Charging District's Case No. 25mj 115
Defendant )

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/3/25

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Nancy MacEoin
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 25MJ1414 |
| STEPHEN KLINE ) | |
| ) | Charging District's |
| _____ ) | Case No. 25MJ115 |
| *Defendant* ) | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of COLUMBIA ,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
_____ .

The defendant: ☑ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 07/03/2025

_____
*Judge's signature*

CRAIG M. STRAW, U.S. MAGISTRATE JUDGE
*Printed name and title*

CLOSED

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CRIMINAL DOCKET FOR CASE #: 2:25-mj-01414-1

| | |
|---|---|
| Case title: USA v. KLINE | Date Filed: 07/03/2025 |
| | Date Terminated: 07/03/2025 |

Assigned to: Unassigned

### Defendant (1)

| | |
|---|---|
| **STEPHEN KLINE**<br>*TERMINATED: 07/03/2025* | represented by **NANCY MACEOIN**<br>FEDERAL COMMUNITY DEFENDER OFFICE<br>CURTIS CENTER<br>SUITE 545 WEST<br>601 WALNUT STREET<br>PHILADELPHIA, PA 19106<br>215-928-1100<br>Email: nancy_maceoin@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2252(a)(2) - DISTRIBUTION OF CHILD PORNOGRAPHY | |

**Plaintiff**

USA                    represented by    **BRIAN R. DOHERTY**
DOJ-USAO
615 Chestnut Street
Philadelphia, PA 19106
215-764-2206
Email: brian.doherty@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2025 | | Arrest (Rule 40) of STEPHEN KLINE (mac) (Entered: 07/03/2025) |
| 07/03/2025 | 1 | Minute Entry for proceedings held before MAGISTRATE JUDGE CRAIG M. STRAW in Courtroom 5A:Initial Appearance/Removal/PC/PTD in Rule 5(c)(3) Proceedings as to STEPHEN KLINE held on 7/3/25. Court Reporter ESR.(mac) (Entered: 07/03/2025) |
| 07/03/2025 | 2 | MOTION TO APPOINT COUNSEL AND FOR DETENTION AS TO STEPHEN KLINE. (mac) (Entered: 07/03/2025) |
| 07/03/2025 | 3 | BAIL STATUS AND ORDER AS TO STEPHEN KLINE. DEFENDANT MOVED FOR APPOINTED COUNSEL. FOLLOWING A COLLOQUY ON DEFENDANT'S FINANCIAL QUALIFICATIONS, THE DEFENDANT HAS NOT MEET THE QUALIFICATIONS AND SAID MOTION IS DENIED. THE FEDERAL COMMUNITY DEFENDER OFFICE IS APPOINTED FOR DEFENDANT FOR THIS HEARING ONLY. DEFENDANT STIPULATED TO IDENTITY. DEFENDANT HAS RIGHT TO A PRELIMINARY HEARING, BUT ELECTED TO HAVE THE HEARING IN THE CHARGING DISTRICT. THE GOVERNMENT MOVED FOR DETENTION AND DEFENDANT ELECTED TO HAVE HIS DETENTION HEARING IN THE CHARGING DISTRICT. THE GOVERNMENT'S MOTION IS GRANTED AND DEFENDANT IS DETAINED PENDING A DETENTION HEARING IN THE CHARGING DISTRICT. Signed by MAGISTRATE JUDGE CRAIG M. STRAW on 7/3/25.7/3/25 ENTERED AND COPIES E-MAILED.(mac) (Entered: 07/03/2025) |
| 07/03/2025 | 4 | WAIVER of Rule 5(c)(3) Hearing by STEPHEN KLINE. (mac) (Entered: 07/03/2025) |
| 07/03/2025 | 5 | COMMITMENT TO ANOTHER DISTRICT AS TO STEPHEN KLINE. DEFENDANT COMMITTED TO THE DISTRICT OF COLUMBIA. Signed by MAGISTRATE JUDGE CRAIG M. STRAW on 7/3/25.7/3/25 Entered and Copies E-Mailed. (mac) (Entered: 07/03/2025) |
| 07/09/2025 | | ***Transferred Case as to STEPHEN KLINE to the District of Columbia. (ap) (Entered: 07/09/2025) |